

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19 PM 4:14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| "THE KING OF THE SOUTH" CLAIMED MONARCH DARREL ARTHUR "ROBERT" BRAUN | CIVIL ACTION |
| VERSUS | NO. 06-1856 |
| BRAUN CONSTRUCTION SERVICES, ET AL. | SECTION "M" (5) |

## ORDER AND REASONS

The plaintiff, Darrel Arthur "Robert" Braun, is a prisoner currently incarcerated in the Jefferson Parish Correctional Center. He is a frequent filer of frivolous lawsuits in the federal courts of Louisiana. He filed this pro se civil rights action against Braun Construction Services and others, alleging nonsensical claims of conspiracies, deliberate indifference and discrimination associated with Braun Construction Services.

With his complaint, Braun filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, a non-dispositive pretrial matter which was referred to the



\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

undersigned magistrate judge pursuant to Local Rule 72.1E(b)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

This Court's records reveal that the plaintiff, Darrel Arthur "Robert" Braun, has filed at least nineteen pro se and in forma pauperis civil rights complaints in this district while he was incarcerated. At least six of those civil actions were dismissed as frivolous, malicious, and/or for failure to state a claim: <u>Braun v. Harry Lee, et al.</u>, C.A. No. 00-1583 "G"; <u>Braun v. Bell Phillips Production Co., et al.</u>, C.A. No. 00-1584 "J"; <u>Braun v. Viacom Entertainment Production Holding Corporation, et al.</u>, C.A. No. 00-1838 "R"; <u>Braun v. University of California Los Angeles County, et al.</u>, C.A. No. 00-2183 "L"; <u>Braun v. Los Angeles County of California Transit Bus Line Authority, et al.</u>, C.A. No. 00-2184 "C"; <u>Braun v. Pharmaceutical Manufacturer of Ritilin, et al.</u>, C.A. No. 00-2875

"L." In addition, plaintiff has had six previous requests to proceed in forma pauperis denied because he violated the "three strike rule" set out in 28 U.S.C. § 1915(g).[1]

Plaintiff's current claims do not involve imminent danger to his physical safety. He therefore is not entitled to proceed as a pauper pursuant to the provisions of the PLRA. Accordingly,

For all of the foregoing reasons, **IT IS ORDERED** that Braun's application to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g) because he has previously filed three or more cases that have been dismissed as frivolous or for failure to state a claim.

New Orleans, Louisiana, this 18 day of April, 2006.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Braun v. Hoover Manufacturing Company, et al., C.A. No. 01-2857 "M"(1); Braun v. US Supreme Court, et al., C.A. No. 01-0532 "C"(5); Braun v. State of Louisiana, et al., Misc. No. 01-0732 "B"(4); Braun v. Barriere Cement Crushing Co., Inc., et al., Misc. No. 01-1530 "S"(2); Braun v. Coastal Conservation Association, et al., Misc. No. 01-1697 "N"(3); and Braun v. George Vedros, et al., Misc. No. 01-2176 "L"(4).